**Appeal Dismissed and Memorandum Opinion filed December 3, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00593-CV

## RICHARD C. RODRIGUEZ, Appellant

## V.

## MARK ALBRIGHT AND MARANDA FABBRO, Appellees

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 19-DCV-267525**

## MEMORANDUM OPINION

This is an appeal from an order signed July 30, 2020. The notice of appeal was filed August 28, 2020. Our records show appellant has not paid the appellate filing fee, and no evidence that appellant is excused by the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). On October 27, 2020, this court ordered appellant to pay the appellate filing fee by November 6, 2020, or the appeal would be dismissed. The

filing fee has not been paid.

Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.